OCTOBER 18, 2010

No. 10–5895. DANDAR *v.* PENNSYLVANIA (two judgments). Super. Ct. Pa. Motion of petitioner for leave to proceed *in forma*

*pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.